Núm. 8497.—Arroyo, apldo., v. Saldaña, aplte.—C. D. San Juan. ▋▋▋▋▋ Febrero 27, 1942.

Visto el allanamiento del Fiscal, quien reconoce que la apelación en este caso fué radicada fuera de tiempo, se declara con lugar la moción y en su consecuencia se desestima, por falta de jurisdicción, el recurso de apelación establecido en el caso arriba titulado contra sentencia dictada por la Córte de Distrito de San Juan con fecha 29 de diciembre de ·1941.